UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JIAN HUA LIN,

      Petitioner,

    v.                                                              CAUSE NO. 3:26cv58 DRL-SJF

BRIAN ENGLISH,

      Respondent.

<u>ORDER</u>

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on April 15, 2026, under the same conditions of supervised release. ECF 18. The court entered the order granting habeas relief on April 14, 2026. ECF 16.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 16) and to close this case.

SO ORDERED.

April 20, 2026                                        *s/ Damon R. Leichty*
                                       Judge, United States District Court